922 P.2d 1058

**August 29, 1996**

17281      State v. Fillingame      Vacated